# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ADAM HEDRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:24-cv-00033 |
| v. ) | |
| ) | Judge Aleta A. Trauger |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## ENTRY OF JUDGMENT

On November 20, 2024, Plaintiff Adam Hedrick filed a Notice of Acceptance of Offer of Judgment. (Doc. No. 21). Pursuant to Federal Rule of Civil Procedure 68 and the terms of Defendant Midland Credit Management's Offer of Judgment (Doc. No. 21-1), the Clerk hereby enters judgment in favor of Plaintiff and against Defendant Midland Credit Management, Inc. in the amount of $5,001.00, inclusive of reasonable costs incurred as of the date of the Offer. The Clerk's Office is directed to close the case.

s/ Lynda M. Hill
Lynda M. Hill
Clerk of Court